OFFICE OF DISCIPLINARY COUNSEL *v.* ROMANIW.

[Cite as *Disciplinary Counsel v. Romaniw* (1998), 83 Ohio St.3d 462.]

(No. 98–384—Submitted June 24, 1998—Decided October 28, 1998.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Lori J. Brown,* Assistant Disciplinary Counsel, for relator.

*Michael Tuan Bustamante* and *Sonali Bustamante Wilson,* for respondent.

---

**Per Curiam.** As we said in *Cleveland Bar Assn. v. Belock* (1998), 82 Ohio St.3d 98, 100, 694 N.E.2d 897, 899, "The continuing public confidence in the judicial system and the bar requires that the strictest discipline be imposed in misappropriation cases." We find no mitigating circumstances here that would justify an exception to that principle. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.